# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Marybeth Peters

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-280-671

EFFECTIVE DATE OF REGISTRATION

NOV. 29. 2004.
Month Day Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼** Footprints In The Sand Message Cross

**NATURE OF THIS WORK ▼** See instructions: Sculpture

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼ Number ▼ Issue Date ▼ On Pages ▼

**2**

a **NAME OF AUTHOR ▼** Cathedral Art Metal Co., Inc.

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of United States / Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b **Name of Author ▼**

**Dates of Birth and Death** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**Author's Nationality or Domicile** Name of Country
OR { Citizen of / Domiciled in

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a **Year in Which Creation of This Work Was Completed** 2002 Year. This information must be given in all cases.

b **Date and Nation of First Publication of This Particular Work** Complete this information ONLY if this work has been published. Month June Day 14 Year 2002
United States Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Cathedral Art Metal Co., Inc.
25 Manton Avenue, Providence, RI 02909

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE / OFFICE USE ONLY
APPLICATION RECEIVED NOV 29 2004
ONE DEPOSIT RECEIVED NOV 29 2004
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page. • See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

DEC 13 2004

EXAMINED BY
CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼ Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Thomas R. Noel, Esq.
Noel & Gyorgy LLP, 50 South Main Street, Providence, RI 02903

Area code and daytime telephone number (401) 272-7400 Fax number (401) 621-5688

Email TNoel@LawNoel.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
- ☐ author
- ☐ other copyright claimant
- ☐ owner of exclusive right(s)
- ☑ authorized agent of Cathedral Art Metal Co., Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Thomas R. Noel, Esq. Date November 24, 2004

**Handwritten signature (X)** ▼

x [signature] 11/24/04

**Certificate will be mailed in window envelope to this address:**

| | |
|---|---|
| Name ▼ | Thomas R. Noel, Noel & Gyorgy LLP |
| Number/Street/Apt ▼ | 50 South Main Street |
| City/State/ZIP ▼ | Providence, RI 02903 |

YOU MUST:
- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.




| | |
|---|---|
| **Title:** | Footprints In the Sand Message Cross |
| **Claimant:** | Cathedral Art Metal Co., Inc. |
| **Dimensions:** | 2 3/8"(h) x 1 3/4"(w) x 3/16"(d) |

# Form CA

For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of Work ▼**

Footprints In the Sand Message Cross

**Registration Number of the Basic Registration ▼**

VA 1-280-671

**Year of Basic Registration ▼**

2004

**Name(s) of Author(s) ▼**

Cathedral Art Metal Co., Inc.

**Name(s) of Copyright Claimant(s) ▼**

Cathedral Art Metal Co., Inc.

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number 6 Line Heading or Description Derivative Work or Compilation

**Incorrect Information as It Appears in Basic Registration ▼**

[inadvertently omitted]

**Corrected Information ▼**

6a: verse text is preexisting work in public domain; 6b: all sculptural aspects of work aside from text

**Explanation of Correction ▼**

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number ______ Line Heading or Description ______

**Amplified Information and Explanation of Information ▼**

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions. • Sign the form at Space F.

DO NOT WRITE HERE

FORM CA

| | |
|---|---|
| FORM CA RECEIVED | FOR COPYRIGHT OFFICE USE ONLY |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | |
| CORRESPONDENCE ❑ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ❑ YES ❑ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Continuation of:** ❑ Part B *or* ❑ Part C

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Thomas R. Noel, Esq., Noel & Gyorgy LLP
50 South Main Street, Providence RI 02903

Phone (401) 272-7400 Fax (401) 621-5688 Email TNoel@LawNoel.com

**Deposit Account:** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name

Account Number

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

❑ author ❑ owner of exclusive right(s)
❑ other copyright claimant ☑ duly authorized agent of Cathedral Art Metal Co., Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name** ▼ Thomas R. Noel, Esq. **Date** ▼ June 30, 2005

**Handwritten signature (X)** ▼ T R Noel

**Certificate will be mailed in window envelope to this address:**

Name ▼ Thomas R. Noel, Esq., Noel & Gyorgy LLP
Number/Street/Apt ▼ 50 South Main Street
City/State/ZIP ▼ Providence, RI 02903

**YOU MUST:**
- Complete all necessary spaces
- Sign your application in Space F

**SEND ALL ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.