AO 440 (Rev. 10/93) Summons in a Civil Action

SCANNED

# UNITED STATES DISTRICT COURT

District of Rhode Island

CATHEDRAL ART METAL CO., INC.

V.

F.A.F., INC., ELITE DESIGNS, INC. and WAL-MART STORES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

[illegible] 05 315 S

TO: (Name and address of Defendant)

PH

#18

EliteDesigns, Inc.
~~17~~ Thelma Avenue
NOrth Providence, RI 02904

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-6860

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 7/19/05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 7-27-05 |
| NAME OF SERVER *(PRINT)* PAUL G HUGHES | TITLE RI CONSTABLE 6063 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): TO REGISTERED AGENT ATHONY R. ANTONELLI AT 18 THELMA ST, NO. PROV, RI

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 25.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-27-05
Date

[signature]
Signature of Server

HUGHES LEGAL SUPPORT
7 EVA LANE
CRANSTON, RI 02921
(401) 944-8080
Address of Server

* CORRECTED ADDRESS IS 18 THELMA ST NORTH PROVIDENCE, RI

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

2005 AUG -2 A 10:16

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

FILED