SCANNED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.
Plaintiff

vs. C.A. NO. 05-315-S

F.A.F., INC., ELITE DESIGNS, INC., AND
WAL-MART STORES, INC.
Defendants

## ENTRY OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for defendant Elite Designs, Inc. in the above-entitled matter.

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: August 10, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of August, 2005, I mailed a true copy of the foregoing Entry Of Appearance to:

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903