UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
AUG 15 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.

V. C.A. NO. 05-315 S

F.A.F., INC., ELITE DEISNGS, INC.
And WAL-MART STORES, INC.

**STIPULATION**

The time within which Defendant F.A.F., Inc. shall answer or otherwise plead to the Complaint is enlarged to and including September 2, 2005.

Cathedral Art Metal Co., Inc.
By Its Attorneys

Thomas R. Noel (#4239)
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688
Date: August 8, 2005

F.A.F., Inc.
By Its Attorneys

Richard W. MacAdams (#1681)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Telephone: (401) 454-8700
Fax: (401) 454-8755
Date: Aug. 12, 2005