**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED AUG 11 2005
U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND AUG 17 2005

**CATHEDRAL ART METAL CO., INC.**
**Plaintiff**

**vs.** **C.A. NO. 05-315-S**

**F.A.F., INC., ELITE DESIGNS, INC., AND WAL-MART STORES, INC.**
**Defendants**

**STIPULATION EXTENDING TIME WITHIN WHICH DEFENDANT ELITE DESIGNS, INC. MUST ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

TO THE CLERK OF THE ABOVE-NAMED COURT:

It is hereby stipulated and agreed by and between plaintiff, Cathedral Art Metal, Co., Inc., and defendant Elite Designs, Inc. that the time within which Elite Designs, Inc. must file its Answer or otherwise respond to the Complaint in this action be and hereby is extended through and including September 2, 2005.

Cathedral Art Metal Co., Inc.

By its Attorneys,

Thomas R. Noel #4239
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (fax)

Elite Designs, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: August 16, 2005