UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.
Plaintiff

vs. C.A. NO. 05-315-S

F.A.F., INC., ELITE DESIGNS, INC., AND
WAL-MART STORES, INC.
Defendants

**DEFENDANT ELITE DESIGNS, INC.'S ANSWER TO COMPLAINT**

Defendant Elite Designs, Inc. ("Elite Designs") hereby answers the allegations contained in the numbered paragraphs of the Complaint in this action as follows:

1. Elite Designs admits that plaintiff has brought this action seeking to recover for alleged copyright infringement under the United States Copyright Act, 17 U.S.C. §101, et seq. and based on plaintiff's alleged common law rights, seeking the recovery of damages and injunctive relief. Elite Designs denies the remaining allegations contained in paragraph 1 of the Complaint. Further answering, Elite Designs denies: that it has engaged in copyright infringement; that it has violated plaintiff's common law rights; and that it has intentionally copied plaintiff's work. Elite Designs further denies that plaintiff is entitled to the relief sought against Elite Designs as alleged in paragraph 1 of the Complaint.

2. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 2 of the Complaint and, therefore, denies those allegations.

3. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 3 of the Complaint and, therefore, denies those allegations.

4. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegation contained in paragraph 4 of the Complaint regarding the state of incorporation of defendant F.A.F., Inc. Elite Designs admits the remaining allegations contained in paragraph 4 of the Complaint.

5. Elite Designs admits the allegations contained in paragraph 5 of the Complaint. Further answering, Elite Designs states that its principal place of business is located at 18, not 17, Thelma Avenue, North Providence, Rhode Island.

6. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Complaint and, therefore, denies those allegations.

7. Paragraph 7 of the Complaint states conclusions of law to which no responsive pleading is required.

8. Elite Designs admits the allegations contained in paragraph 8 of the Complaint.

9. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Complaint and, therefore, denies those allegations.

10. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Complaint and, therefore, denies those allegations.

11. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Complaint and, therefore, denies those allegations.

12. Elite Designs denies that the so-called "Footprints Message Cross" has "a distinctive shape" as alleged. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 12 of the Complaint and, therefore, denies those allegations.

13. Elite Designs denies that the so-called "Footprints Message Cross" is "a unique and wholly original creation" as alleged. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 13 of the Complaint and, therefore, denies those allegations.

14. Elite Designs denies that the so-called "Footprints Message Cross" is "distinctive and creative" as alleged. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 14 of the Complaint and, therefore, denies those allegations.

15. Elite Designs denies that the so-called "Footprints Message Cross" is an "infringing piece[ ]".Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 15 of the Complaint and, therefore, denies those allegations.

16. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Complaint and, therefore, denies those allegations.

17. Elite Designs denies the allegations contained in paragraph 17 of the Complaint.

18. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Complaint and, therefore, denies those allegations.

19. Elite Designs denies the allegations contained in paragraph 19 of the Complaint.

20. Elite Designs denies the allegations contained in paragraph 20 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 20 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

21. Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of the Complaint and, therefore, denies those allegations.

**Count I**

22. Elite Designs reasserts and repeats and incorporates herein by reference its answers to paragraphs 1 through 21, above.

23. Elite Designs denies the allegations contained in paragraph 23 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 23 of the Complaint are directed to

defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

24. Elite Designs denies the allegations contained in paragraph 24 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 24 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

25. Elite Designs denies the allegations contained in paragraph 25 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 25 of the Complaint are directed to defendant F.A.F., Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

26. Elite Designs denies the allegations contained in paragraph 26 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 26 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

27. Elite Designs denies the allegations contained in paragraph 27 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 27 of the Complaint are directed to

defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

28. Elite Designs denies the allegations contained in paragraph 28 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 28 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

29. Elite Designs denies the allegations contained in paragraph 29 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 29 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

## Count II

30. Elite Designs reasserts and repeats and incorporates herein by reference its answers to paragraphs 1 through 29, above.

31. Elite Designs denies the allegations contained in paragraph 31 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 31 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

32. Elite Designs denies the allegations contained in paragraph 32 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 32 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

33. Elite Designs denies the allegations contained in paragraph 33 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 33 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

34. Elite Designs denies the allegations contained in paragraph 34 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 34 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

35. Elite Designs denies the allegations contained in paragraph 35 of the Complaint to the extent that those allegations are directed to Elite Designs. To the extent that the allegations contained in paragraph 35 of the Complaint are directed to defendant F.A.F., Inc. and/or defendant Wal-Mart Stores, Inc., Elite Designs is without knowledge and/or information sufficient to form a belief as to the truth of the allegations and, therefore, denies those allegations.

**Second Defense**

The Complaint fails to state a claim upon which relief can be granted against Elite Designs and, therefore, should be dismissed, with prejudice, as against Elite Designs pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

**Third Defense**

Plaintiff, by its own acts, actions, conduct, and/or failures to act, has waived any rights which it may have had to bring this Complaint, pursue it, and/or obtain the relief sought against Elite Designs.

**Fourth Defense**

Plaintiff is estopped by its own acts, actions, conduct, and/or failures to act from bringing this action, pursuing it, and/or obtaining the relief sought against Elite Designs.

**Fifth Defense**

The Complaint is barred by the doctrine of laches.

**Sixth Defense**

The Complaint is barred by the relevant statutes of limitation.

**WHEREFORE**, Elite Designs, Inc. respectfully requests that the Complaint be dismissed as against it, with prejudice, or that judgment enter in its favor, and that the Court award to Elite Designs, Inc. its reasonable attorneys' fees, costs and expenses incurred in defending against this action.

Elite Designs, Inc.

By its Attorneys,

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: September 9, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of September, 2005, I mailed a true copy of the foregoing Defendant Elite Designs, Inc.'s Answer To Complaint to:

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

Richard W. MacAdams, Esq.
MacAdams & Wieck, Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903