UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
SEP 16 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.

V. C.A. NO. 05-315 S

F.A.F., INC., ELITE DEISNGS, INC.
And WAL-MART STORES, INC.

**STIPULATION**

The time within which Defendant Wal-Mart Stores, Inc. shall answer or otherwise plead to the Complaint is enlarged to and including September 9, 2005.

Cathedral Art Metal Co., Inc.
By Its Attorneys

Thomas R. Noel (#4239)
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903
Telephone: (401) 272-7400
Fax: (401) 621-5688
Date: 8/31/05

Wal-Mart Stores, Inc.
By Its Attorneys

Richard W. MacAdams (#1681)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
Telephone: (401) 454-8700
Fax: (401) 454-8755
Date: 9/15/05