**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

RECEIVED
OCT 19 2005
Property of U.S. District Court
District of Rhode Island

**CATHEDRAL ART METAL CO., INC.**

**V.** **C.A. NO. 05-315 S**

**F.A.F., INC., ELITE DESIGNS, INC.**
**and WAL-MART STORES, INC.**

## STIPULATION

Defendants F.A.F., Inc. and Wal-Mart Stores, Inc. shall have until November 3, 2005 in which to respond to Plaintiff's discovery requests, including interrogatories and request for production.

F.A.F., INC
By its Attorneys,

Richard W. MacAdams, Esq. #1681
Dennis R. Gannon, Esq., #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: October 18, 2005

Cathedral Art Metal Co., Inc.
By its Attorneys,

Thomas R. Noel, Esq. #4239
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (fax)

Dated: October 13, 2005

## CERTIFICATION

I hereby certify that on the 18th day of October, 2005, I forwarded a copy of the within to Stephen Reid, Esq., Blish & Cavanagh, 30 Exchange Terrace, Providence, RI 02903 by regular mail, postage prepaid.