**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff<br><br>v.<br><br>F.A.F., INC.,<br>ELITE DESIGNS, INC.,<br>AND WAL-MART STORES, INC.<br>Defendants | : | CA No. 05-315S |

**PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES**

Plaintiff, Cathedral Art Metal Co., Inc. ("Cathedral Art"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time in which to disclose its anticipated expert witness(es).

The Pretrial Order entered by Magistrate Judge Lincoln Almond on or about November 10, 2005 directs plaintiff to disclose its expert on or before January 31, 2006, and defendants on or before February 28, 2006. Fact discovery, however, does not close until April 30, 2006. Although discovery is progressing, plaintiff states that it is simply too early in the case sufficiently to determine the bases of expert testimony, if any, that plaintiff will require in its case in chief.[1] The full scope of the issues in the case on which expert testimony may be helpful, other than substantial similarity of the works at issue, have not yet emerged.

Plaintiff does not believe that the enlargement sought will prejudice any party or adversely impact the other deadlines in this matter, other than the date by which the

[1] Cathedral Art has federal copyright registrations covering certain creative elements of two works and alleges copyright infringement against the defendants. This action is therefore based on the United States Copyright Act, 17 U.S.C. § 101 et seq.

defendants were ordered to disclose their experts. Plaintiff therefore suggests that the deadlines for both sides be enlarged by one month.

WHEREFORE, the plaintiff respectfully requests that the Court reset plaintiff's expert disclosure date to February 28, 2006, and reset the defendants' expert disclosure date to March 31, 2006. Pursuant to Local Rule CV 7(e), plaintiff states that it does not request a hearing on this motion.

Date: January 31, 2006

CATHEDRAL ART METAL CO., INC.
By Its Counsel,

Thomas R. Noel, Esq. (#4239)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing via facsimile and First Class Mail on January 31, 2006 to Stephen J. Reid, Jr., Esq., Blish & Cavanagh, LLP, 30 Exchange Terrace, Providence, RI 02903 and to Richard W. MacAdams, Esq., and Dennis R. Gannon, Esq., MacAdams & Wieck, Ltd., 101 Dyer Street, Providence, RI 02903.

TRN