UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.
Plaintiff

vs. C.A. NO. 05-315-S

F.A.F., INC., ELITE DESIGNS, INC., AND
WAL-MART STORES, INC.
Defendants

**MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT ELITE DESIGNS, INC.**

I, Stephen J. Reid, Jr., attorney of record for defendant Elite Designs, Inc., pursuant to Local Rule 206(e)(2), hereby move the Court for the Entry of an Order allowing me to withdraw my appearance as attorney for defendant Elite Designs, Inc. in this action.

The grounds for this Motion are that there has been an irretrievable breakdown of the attorney-client relationship which culminated in a telephone conversation between Anthony Antonelli, President of Elite Designs, Inc., and me on Monday, February 6, 2006, wherein Mr. Antonelli informed me that he no longer wanted me or my law firm to represent Elite Designs, Inc. in this action. On Tuesday, February 7, 2006, I mailed a letter to Mr. Antonelli confirming our telephone conversation on February 6, 2006, a copy of which letter is attached hereto as Exhibit "A". As of the date of this Motion, Mr. Antonelli has not provided me with any information regarding the attorney who will succeed me as counsel for defendant Elite Designs, Inc. in this action.

I hereby certify as follows:

1. That copies of this Motion and accompanying Affidavit required by Local Rule 206(e)(2)(A) have been sent by both regular mail, postage prepaid, and by certified mail, return receipt requested, to Elite Designs, Inc. at 17 Thelma Avenue, North Providence, Rhode Island 02904; and

2. That, as set forth in this certification, Elite Designs, Inc. is hereby advised that it may object to this Motion and that any failure or delay in retaining substitute counsel may not be considered grounds for delaying the trial or any other matter scheduled in the case.

The address for Elite Designs, Inc. to which copies of this Motion and accompanying Affidavit have been mailed is the same address to which I have mailed all communications to Elite Designs, Inc. in the course of my representation of it in this matter: 17 Thelma Avenue, North Providence, Rhode Island 02904. Therefore, I believe that Elite Designs, Inc. will receive copies of this Motion and accompanying Affidavit as mailed to that address.

As of the date of this Motion, there are no motions pending in this matter. A Settlement Conference has been scheduled with Magistrate Judge Almond for Thursday, February 23, 2006, at 2:00 p.m. Pursuant to the Pretrial Order entered on November 9, 2006 by Magistrate Judge Almond, discovery will be closed by April 30, 2006. This matter has not been placed on the trial calendar.

**WHEREFORE**, Stephen J. Reid, Jr. respectfully requests that his Motion To Withdraw As Attorney For Defendant Elite Designs, Inc. be granted.

Stephen J. Reid, Jr. #2811
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Dated: February 10, 2006

CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2006, I caused a true copy of the foregoing Motion To Withdraw As Attorney For Defendant Elite Designs, Inc. to be sent as follows:

*Via First Class Mail*

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

*Via First Class Mail*

Richard W. MacAdams, Esq.
Dennis R. Gannon, Esq.
MacAdams & Wieck, Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

***Via Certified Mail, Return Receipt Requested and First Class Mail, Postage Prepaid***

Anthony R. Antonelli, President
Elite Designs, Inc.
17 Thelma Avenue
North Providence, RI 02911