BLISH & CAVANAGH LLP

COUNSELLORS AT LAW

February 7, 2006

Anthony R. Antonelli, President
Elite Designs, Inc.
17 Thelma Avenue
North Providence, RI 02904

Joseph V. Cavanagh, Jr.
William R. Landry
Edmund L. Alves, Jr.
Stephen J. Reid, Jr.
Karen A. Pelczarski
Scott T. Spear
Kristin E. Rodgers

Staci L. Kolb
Thomas E. Romano
Mary Cavanagh-Dunn
Ragan L. Willis

John H. Blish
Of Counsel

RE: *UNITED STATES OF AMERICA vs. ELITE DESIGNS, INC., et al.*
*C.A. No. 05-058-S*

*and*

RE: *CATHEDRAL ART METAL CO., INC. vs. F.A.F., INC., ELITE DESIGNS, INC., AND WAL-MART STORES, INC.*
*C.A. NO. 05-315-S*

Dear Anthony:

This will confirm our telephone conversation on Monday, February 6, 2006, wherein you informed me that you no longer want me to represent you or any of the other defendants in Civil Action No. 05-058-S and that you no longer want me to represent Elite Designs, Inc. in Civil Action No. 05-315-S. In response to my request that you provide me with the name of the attorney who would succeed me in each of these matters, you stated that you had not as yet made that decision.

As you know, both of these matters are in active litigation in the United States District Court for the District of Rhode Island. In Civil Action No. 05-058-S, Attorney Goldfrank is intending to take the deposition of John Centracchio on February 22, 2006 and to take the deposition of Jonathan Neff, Esq. on March 2, 2006. In Civil Action No. 05-315-S, a mandatory Settlement Conference is scheduled to be conducted on Thursday, February 23, 2006 at 2:00 p.m.

Please provide me with the name, address, and telephone number of the attorney who will succeed me as counsel in each of these matters as soon as possible so that I can coordinate the notice of withdrawal of my appearance with his or her entry of appearance. In the event that I do not receive this information from you by Friday, February 10, 2006, it is my intention to file a Motion To Withdraw with the Court.

EXHIBIT "A"

Very truly yours,

Stephen J. Reid, Jr.

Commerce Center · 30 Exchange Terrace · Providence, Rhode Island 02903-1765 · Tel (401) 831-8900 · Fax (401) 751-7542
www.blishcavlaw.com · Tax ID# 050421848