UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.
Plaintiff

vs. C.A. NO. 05-315-S

F.A.F., INC., ELITE DESIGNS, INC., AND
WAL-MART STORES, INC.
Defendants

**AFFIDAVIT**

I, Stephen J. Reid, Jr., attorney for defendants in the above-entitled action, hereby make Affidavit as follows in accordance with Local Rule 206(e)(2)(A):

To my knowledge, Anthony R. Antonelli, President of Elite Designs, Inc., is not in the military service of the United States as defined in the Soldiers' And Sailors' Relief Act, as amended.

Signed under the pains and penalties of perjury this 10th day of February, 2006.

Stephen J. Reid, Jr.

STATE OF RHODE ISLAND
PROVIDENCE, SC.

February 10, 2006

Then personally appeared before me the above-named Stephen J. Reid, Jr. and swore that the statements contained in the foregoing Affidavit are true and accurate.

Notary Public
My Commission Expires: 9/21/06

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of February, 2006, I caused a true copy of the foregoing Affidavit to be sent as follows:

***Via First Class Mail***

Thomas R. Noel, Esq.
Noel & Gyorgy, LLP
50 South Main Street
Providence, RI 02903

***Via First Class Mail***

Richard W. MacAdams, Esq.
Dennis R. Gannon, Esq.
MacAdams & Wieck, Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

***Via Certified Mail, Return Receipt Requested and First Class Mail, Postage Prepaid***

Anthony R. Antonelli, President
Elite Designs, Inc.
17 Thelma Avenue
North Providence, RI 02911

Stephen J. Reid, Jr.