**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

FILED
JAN 31 2006

CATHEDRAL ART METAL CO., INC. :
Plaintiff :
:
v. :
:
F.A.F., INC., : CA No. 05-315S
ELITE DESIGNS, INC., :
AND WAL-MART STORES, INC. :
Defendants :

2/22/06: GRANTED ABSENT OPPOSITION. USMJ

**PLAINTIFF'S MOTION TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES**

Plaintiff, Cathedral Art Metal Co., Inc. ("Cathedral Art"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time in which to disclose its anticipated expert witness(es).

The Pretrial Order entered by Magistrate Judge Lincoln Almond on or about November 10, 2005 directs plaintiff to disclose its expert on or before January 31, 2006, and defendants on or before February 28, 2006. Fact discovery, however, does not close until April 30, 2006. Although discovery is progressing, plaintiff states that it is simply too early in the case sufficiently to determine the bases of expert testimony, if any, that plaintiff will require in its case in chief.[1] The full scope of the issues in the case on which expert testimony may be helpful, other than substantial similarity of the works at issue, have not yet emerged.

Plaintiff does not believe that the enlargement sought will prejudice any party or adversely impact the other deadlines in this matter, other than the date by which the

[1] Cathedral Art has federal copyright registrations covering certain creative elements of two works and alleges copyright infringement against the defendants. This action is therefore based on the United States Copyright Act, 17 U.S.C. § 101 et seq.