UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL, CO., INC. :
:
v. : C.A. No. 05-315S
:
F.A.F., INC., et al. :

**MEMORANDUM AND ORDER**

Before the Court for determination is the Motion to Withdraw as Attorney for Defendant Elite Designs, Inc. (Document No. 17) filed by Attorney Stephen J. Reid, Jr. 28 U.S.C. § 636(b)(1)(A); LR Cv 72(a). A hearing was held on February 22, 2006. For the reasons discussed below, the Motion to Withdraw is GRANTED.

The Motion complies with the requirements of this Court's Local Rules (LR Gen. 206(e)(2)) and indicates that Defendant Anthony Antonelli has advised counsel that he no longer wishes Attorney Reid or his law firm to represent Elite Designs, Inc. in this case. Elite Designs, Inc. was served with the Motion to Withdraw by Certified Mail and Attorney Reid represented that the return receipt was signed by Mr. Antonelli. Mr. Antonelli is the President of Elite Designs, Inc. Further, this Court served the notice of today's hearing on Mr. Antonelli by Certified Mail and received a return receipt signed by Mary Hunt. Attorney Reid represented that Ms. Hunt was employed by Mr. Antonelli's companies. Further, Attorney Reid also represented that he advised Mr. Antonelli about the hearing and spoke to him about the identity of successor counsel. Despite this ample notice, Mr. Antonelli did not appear at today's hearing as a representative of Elite Designs, Inc., and successor counsel has not entered an appearance on behalf of Elite Designs, Inc.

For the foregoing reasons, the Motion to Withdraw (Document No. 17) is GRANTED. Defendant Elite Designs, Inc. is ORDERED to engage successor counsel and have such counsel enter an appearance on its behalf within fourteen (14) days of the date of this ORDER. Defendant Elite Designs, Inc. will be subject to default if successor counsel fails to enter an appearance on its behalf as ORDERED herein.

LINCOLN D. ALMOND
United States Magistrate Judge
February 22, 2006