**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CATHEDRAL ART METAL CO., INC.**

**V.** **C.A. NO. 05-315 S**

**F.A.F., INC., ELITE DESIGNS, INC.**
**and WAL-MART STORES, INC.**

**DEFENDANTS F.A.F. INC.'S AND WAL-MART STORES, INC.'S CONCURRENCE WITH PLAINTIFF'S MOTION TO EXTEND AND RESET PRETRIAL DEADLINES**

Defendants F.A.F., Inc. and Wal-Mart Stores, Inc. hereby concur with and join the motion of Plaintiff dated February 27, 2006 to extend and reset deadlines for the reasons stated therein.

F.A.F., INC. and
Wal-Mart Stores, Inc.
By their Attorneys,

Richard W. MacAdams, Esq. #1681
Dennis R. Gannon, Esq. #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: February 28, 2006

**CERTIFICATION**

I hereby certify that on the 28th day of February, 2006, I forwarded a copy of the within to Thomas R. Noel, Esq., 50 South Main Street, Providence, RI 02903, and to Elite Designs, Inc. c/o Mr. Anthony R. Antonelli, President, 17 Thelma Avenue, Providence, RI 02911 by regular mail, postage prepaid.