UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL, CO., INC. | : | |
| v. | : | C.A. No. 05-315S |
| F.A.F., INC., et al. | : | |

**ORDER TO SHOW CAUSE**

By ORDER dated February 22, 2006, this Court GRANTED the Motion of Attorney Stephen J. Reid, Jr., to withdraw as attorney for Defendant Elite Designs, Inc. ("Elite") and ORDERED Elite to engage successor counsel and have such counsel enter an appearance on its behalf within fourteen (14) days of the date of the ORDER. Elite was warned that default may enter against it on Plaintiff's claims in this case if it did not comply. A copy of the ORDER was mailed by the Court to Elite's President, Mr. Anthony Antonelli, and he was verbally advised of the ORDER by my Clerk. Also, Attorney Reid was directed by the Court to advise Mr. Antonelli of the requirements of the ORDER, and he represented that he would do so. To date, successor counsel has not entered an appearance on Elite's behalf.

Accordingly, Mr. Antonelli is ORDERED to appear before this Court in Courtroom A, United States District Court, John O. Pastore Federal Building, Two Exchange Terrace, Providence, Rhode Island on the **30th day of March, 2006 at 10:00 a.m.** to show cause why default should not enter against Elite for failure to comply with this Court's February 22, 2006 ORDER. If counsel

appears on Elite's behalf prior to March 30, 2006, this ORDER will be moot and the Show Cause Hearing canceled.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
March 10, 2006