IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND
3/17/06

CATHEDRAL ART METAL CO., INC. :
Plaintiff :
:
v. :
:
F.A.F., INC., : CA No. 05-315S
ELITE DESIGNS, INC., :
AND WAL-MART STORES, INC. :
Defendants :

**PLAINTIFF'S MOTION TO EXTEND AND RESET PRETRIAL DEADLINES**

Plaintiff, Cathedral Art Metal Co., Inc. ("Cathedral Art"), hereby moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order extending and resetting the dates recited in the Pretrial Order in this matter by a period of sixty (60) days.

Discovery is ongoing, but is proceeding more slowly than anticipated due to historical investigations on both sides of the case. Moreover, the Court has recently permitted counsel for defendant Elite Designs, Inc. to withdraw from the case, and the Court-ordered Settlement Conference has now been scheduled, and cancelled, twice.[1] The Court (Judge Almond) gave defendant Elite Designs fourteen days to find successor counsel, but Elite thus far has not provided notice to the undersigned (or, upon information and belief, the Court) concerning successor counsel or its intentions with respect to this case. Even if successor counsel enters an appearance, plaintiff anticipates his or her late entry may further delay the pace of discovery, including depositions, which have yet to be scheduled. Plaintiff believes all parties will benefit from a reasonable

3/20/06; GRANTED. USMJ

[1] A Settlement Conference was most recently scheduled for last, Thursday, February 23, 2006, but was cancelled due to the permitted withdrawal of counsel for defendant Elite Designs the day before.