**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC., | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 05-315S |
| F.A.F., INC., ELITE DESIGNS, INC., and WAL-MART STORES, INC. | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

Jeffrey K. Techentin, Esq. and Jaime LaPorte Esq., of the law firm of Adler Pollock & Sheehan, P.C., hereby enter their appearance on behalf of Defendants Elite Designs, Inc. with regard to the above-entitled case.

Elite Designs, Inc.
By their attorneys,

Jaime J. LaPorte

JEFFREY K. TECHENTIN (#6651)
JAIME J. LAPORTE (#6663)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: March 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of March, 2006, a copy of the within Entry of Appearance was mailed to the following:

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

Richard W. MacAdams, Esq.
Dennis R. Gannon, Esq.
MacAdams & Wieck, Ltd.
101 Dyer Street
Providence, RI 02903

*375679_1.doc*