UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL, CO., INC. | : | |
| v. | : | C.A. No. 05-315S |
| F.A.F., INC., et al. | : | |

**ORDER**

In view of the entry of appearance of successor counsel for Defendant Elite Designs, Inc. on March 24, 2006, the Show Cause hearing scheduled for March 30, 2006 is canceled.

PER ORDER:

Deputy Clerk

ENTER:

Lincoln D. Almond
United States Magistrate Judge
March 28, 2006