**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CATHEDRAL ART METAL CO., INC.**

**V.** **C.A. NO. 05-315 S**

**F.A.F., INC., ELITE DESIGNS, INC.**
**and WAL-MART STORES, INC.**

**DEFENDANTS F.A.F. INC.'S AND WAL-MART STORES, INC.'S MOTION TO EXTEND AND RESET PRETRIAL DEADLINES**

NOW COME Defendants F.A.F., Inc. ("FAF") and Wal-Mart Stores, Inc. ("Wal-Mart") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order (as previously amended upon the petition of Plaintiff by Order of the Magistrate Judge dated March 20, 2006) for an additional sixty (60) days.

In support of this motion, the undersigned states that the firm of MacAdams & Wieck, Incorporated ("M&W") and the undersigned are counsel of record for defendants FAF and Wal-Mart. On April 28, 2006, the undersigned was informed by FAF that FAF and Wal-Mart had engaged Barry Golob, Esq., admitted to the Pennsylvania and District of Columbia bars, and Vanessa C. Hew, admitted to the New York bar, attorneys in the firm of Duane Morris LLP who specialize in the area of copyright litigation as primary counsel to represent them in the above matter, with M&W remaining as local counsel. Further, on April 28, 2006, the undersigned spoke with Mr. Golob and Ms. Hew with respect to their intention to apply to the court for *pro hac vice* admission in this case. Mr. Golob indicated that he and/or Ms. Hew wished to participate in all depositions scheduled in this matter. By extending the deadlines in this matter for a short period of time, not to exceed sixty (60) days, FAF's and Wal-Mart's new counsel may

file their applications for admission *pro hac vice* and inform themselves as to all aspects of the case.

Defendants believe that all parties will benefit from a reasonable extension of time. Defendants do not believe that the enlargement sought will prejudice any party or the Court. The undersigned has spoken with both Mr. Noel and Mr. Techentin, who agreed that this extension would not be unreasonable.

WHEREFORE, Defendants respectfully request that all deadlines set forth in the Pretrial Order, as amended, be enlarged by sixty (60) days.

Pursuant to Local Rule Cv7(e), Defendants FAF and Wal-Mart that they do not request a hearing on this motion.

F.A.F., INC
By its Attorneys,

Richard W. MacAdams, Esq. #1681
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: May 1, 2006

**CERTIFICATION**

I hereby certify that on the 1st day of May, 2006, I faxed and hand delivered a copy of the within to Thomas R. Noel, Esq., 50 South Main Street, Providence, RI 02903, and Jaime LaPorte, Esq. and Jeffrey T. Techentin, Esq., Adler Pollack & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903.

w:\f.a.f. incorporated\cathedral art metal co., inc\pleadings\faf mot to extend deadlines 4-29-06.doc