UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CATHEDRAL ART METAL CO., INC.

V.

F.A.F., INC., ELITE DESIGNS, INC.
and WAL-MART STORES, INC.

C.A. NO. 05-315 S

**REQUEST FOR EMERGENCY RELIEF**

5/1/06: GRANTED. DEFENDANTS SHALL FULLY COOPERATE IN RESCHEDULING THESE DEPOSITIONS WITHIN 30 DAYS.

**DEFENDANTS F.A.F. INC.'S AND WAL-MART STORES, INC.'S EMERGENCY MOTION FOR PROTECTIVE ORDER**

NOW COME Defendants F.A.F., Inc. and Wal-Mart Stores, Inc. pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule Cv9 and move the Court for an Order that certain depositions scheduled by the plaintiff to be held on May 2, 2006 and May 4, 2006, be postponed pending approval of the applications for admission *pro hac vice* of attorneys Barry Golob, Esq., and Vanessa C. Hew, Esq., of the firm of Duane Morris LLP, and a reasonable period of time for them to inform themselves of the facts and issues of the above captioned matter.

The undersigned has in good faith conferred with other affected parties in an effort to resolve the dispute without court action. Defendants' Emergency Motion is supported by the Memorandum and Affidavit filed contemporaneously herewith.

5/1/06

F.A.F., INC
By its Attorneys,

Richard W. MacAdams, Esq. #1681
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: May 1, 2006