**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CATHEDRAL ART METAL CO., INC.**

**V.** **C.A. NO. 05-315 S**

**F.A.F., INC., ELITE DESIGNS, INC.**
**and WAL-MART STORES, INC.**

**DEFENDANTS F.A.F. INC.'S AND WAL-MART STORES, INC.'S MOTION TO EXTEND AND RESET PRETRIAL DEADLINES**

NOW COME Defendants F.A.F., Inc. ("FAF") and Wal-Mart Stores, Inc. ("Wal-Mart") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an order enlarging and resetting all dates set forth in the Pretrial Order (as previously amended upon the petition of Plaintiff by Order of the Magistrate Judge dated March 20, 2006) for an additional sixty (60) days.

In support of this motion, the undersigned states that the firm of MacAdams & Wieck, Incorporated ("M&W") and the undersigned are counsel of record for defendants FAF and Wal-Mart. On April 28, 2006, the undersigned was informed by FAF that FAF and Wal-Mart had engaged Barry Golob, Esq., admitted to the Pennsylvania and District of Columbia bars, and Vanessa C. Hew, admitted to the New York bar, attorneys in the firm of Duane Morris LLP who specialize in the area of copyright litigation as primary counsel to represent them in the above matter, with M&W remaining as local counsel. Further, on April 28, 2006, the undersigned spoke with Mr. Golob and Ms. Hew with respect to their intention to apply to the court for *pro hac vice* admission in this case. Mr. Golob indicated that he and/or Ms. Hew wished to participate in all depositions scheduled in this matter. By extending the deadlines in this matter for a short period of time, not to exceed sixty (60) days, FAF's and Wal-Mart's new counsel may

5/1/06, GRANTED.