**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHEDRAL ART METAL CO, INC.,
Plaintiff

V. : C.A. No. 05-315S

F.A.F., INC.,
ELITE DESIGNS, INC.,
AND WAL-MART STORES, INC.,
Defendants

# MOTION TO AMEND COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Cathedral Art Metal Co., Inc. moves to amend its *Complaint* in the form attached as Exhibit 1. Plaintiff relies upon the attached *Memorandum* in support of this motion.

Date: July 5, 2006

CATHEDRAL ART METAL CO., INC.
By Its Counsel,

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

## CERTIFICATE OF SERVICE

I do hereby certify that on the 5th of July, 2006, I served a true copy of this document to the following counsel of record by First Class Mail:

Richard W. MacAdams, Esq.
Dennis R. Gannon, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Jeffrey K. Techentin, Esq.
Jaime J. LaPorte, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

Barry Golob, Esq.
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

[signature]
___________________________

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO, INC.,<br>Plaintiff | : | |
| V. | : | C.A. No. 05-315S |
| F.A.F., INC.,<br>ELITE DESIGNS, INC.,<br>AND WAL-MART STORES, INC.,<br>Defendants | : | |

**<u>MEMORANDUM IN SUPPORT OF PLAINTIFF'S</u>**
**<u>MOTION TO AMEND COMPLAINT</u>**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, plaintiff Cathedral Art Metal Co., Inc. moves to amend its *Complaint* in the form attached as <u>Exhibit 1</u> of the accompanying *Motion to Amend.* The amendment seeks to add a single additional count (Count III) based on the Lanham Act, § 43(a), 15 U.S.C. § 1125(a), and remedies available thereunder, against defendant F.A.F., Inc.

The allegedly infringing Guardian Angel piece manufactured and/or sold by the defendants bears the copyright notice "© FAF Inc." on the back:








That copyright notice is false. In fact, Cathedral Art created the Guardian Angel piece and has been making and selling the piece stamped with the Cathedral Art copyright notice ("CAMCO") since approximately 1989:









The marking by the defendants on the infringing pieces of the "FAF" copyright notice constitutes the making of a knowingly false and misleading statement of fact in commercial advertising or promotion of goods in interstate commerce, in violation of the Lanham Act § 43(a), 15 U.S.C. § 1125(a). Plaintiff now seeks to add Count III to its *Complaint* based on the promotion of those Guardian Angel pieces by one or more of the defendants employing the false and misleading "© FAF Inc." copyright marking.

The addition of the Lanham Act claim against defendant F.A.F., Inc. will not prejudice the defendants. It does not raise new or additional facts about which F.A.F., Inc. would not have been aware already. On the other hand, plaintiff would be substantively prejudiced were it not permitted to assert the amended cause of action as it allows for broader remedies against F.A.F. including, should the Court ultimately rule at trial, punitive damages and attorneys fees.

For these reasons, plaintiff requests that this Court grant its *Motion to Amend* and that the plaintiff be permitted to serve its First Amended Complaint in the form attached to its Motion.

Date: July 5, 2006

CATHEDRAL ART METAL CO., INC.
By Its Counsel,

Thomas R. Noel, Esq. (#4239)
John R. Harrington, Esq. (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 5th of ~~June~~ July, 2006, I served a true copy of this document to the following counsel of record by First Class Mail:

Richard W. MacAdams, Esq.
Dennis R. Gannon, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Jeffrey K. Techentin, Esq.
Jaime J. LaPorte, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

Barry Golob, Esq.
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006