**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**CATHEDRAL ART METAL CO., INC.**

**V.** **C.A. NO. 05-315 S**

**F.A.F., INC., ELITE DESIGNS, INC.**
**and WAL-MART STORES, INC.**

**STIPULATION**

Defendants F.A.F., Inc. and Wal-Mart Stores, Inc. shall have until July 31, 2006 in which to file their opposition to Plaintiff's Motion to Amend dated July 5, 2006.

F.A.F., INC
By its Attorneys,

Richard W. MacAdams, Esq. #1681
Dennis R. Gannon, Esq., #2280
MacADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: July 21, 2006

Cathedral Art Metal Co., Inc.
By its Attorneys,

Thomas R. Noel, Esq. #4239
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (fax)

Dated: July 20th, 2006

Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

Barry Golob (#437754)
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

ENTER
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/24/06

CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of July, 2006, I forwarded a copy of the within to Jaime LaPorte, Esq. and Jeffrey T. Techentin, Esq., Adler Pollack & Sheehan, P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903by first-class mail, postage prepaid.