**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff | : | |
| v. | : | |
| F.A.F., INC.,<br>ELITE DESIGNS, INC.,<br>AND WAL-MART STORES, INC.<br>Defendants | : | CA No. 05-315S |

**STIPULATION**

Plaintiff, Cathedral Art Metal Co., Inc. ("Cathedral Art"), by and through its counsel of record, and Defendants, F.A.F., Inc. ("FAF"), Wal-Mart Stores. Inc. ("Wal-Mart"), and Elite Designs, Inc. ("Elite"), by and through their counsel of record, do hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their attorneys, as follows:

1. As a condition for this stipulation, FAF and Wal-Mart hereby represent and warrant that they have marketed, distributed and/or sold one or both of the following pieces,

ENTER [signature]
WILLIAM E. SMITH
U.S. DISTRICT JUDGE

DATE 7/29/06

the "Angel Medallion" and "Cross with Verse," depicted immediately below:




Angel Medallion




Cross With Verse

2. As a further condition for this stipulation, FAF and Wal-Mart hereby represent and warrant that the dates of first sale by Wal-Mart of the "Angel Medallion" and "Cross with Verse," occurred in November 1999 and September 2004 respectively;

3. As a further condition for this stipulation, Elite hereby represents and warrants that it has marketed, distributed and/or sold the "Cross with Verse," and that its first sales of the "Cross with Verse" occurred in July 2004; and

4. Based on the representations and warranties of FAF, Wal-Mart, and Elite, above, Cathedral Art stipulates and agrees that it will not pursue claims for statutory damages or attorneys' fees in connection with the alleged infringement of United States Copyright Registration Nos. VA 1-118-808 and VA 1-280-671 due to the fact that Cathedral Art did not register its copyrights within three months of the date of first publication of the respective works and prior to the first sale of the "Angel Medallion" and "Cross with Verse" pieces by Defendants in accordance with the Copyright Act of 1976, 17 U.S.C. §412.

NOEL & GYORGY LLP

Thomas R. Noel, Esq. (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 Facsimile

ON BEHALF OF PLAINTIFF,
CATHEDRAL ART METAL CO., INC.

Dated: July 12, 2006

MACADAMS & WIECK INCORPORATED

Richard MacAdams, Esq. (#1681)
Dennis R. Gannon, Esq. (2280)
MACADAMS & WIECK INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755

ON BEHALF OF DEFENDANTS
F.A.F., INC. and WAL-MART STORES, INC.

Dated: June 30, 2006

ADLER POLLOCK & SHEEHAN P.C.

Jeffrey K. Techentin, Esq. (# 6651 )
Jaime J. LaPorte, Esq. (# 6668 )
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
(401) 274-7200
(401) 751-0604 Facsimile

ON BEHALF OF DEFENDANT
ELITE DESIGNS, INC.

Dated: July 26, 2006