**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CATHEDRAL ART METAL CO., INC.,<br><br>Plaintiff,<br><br>- against -<br><br>F.A.F., INC., ELITE DESIGNS, INC. and WAL-MART STORES, INC.,<br><br>Defendants. | C.A. No. 05-315 S |

**DEFENDANTS F.A.F., INC.'S AND WAL-MART STORES, INC.'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Defendants F.A.F., Inc. and Wal-Mart Stores, Inc. object to Plaintiff's Motion to Amend Complaint.

A Memorandum of Law accompanies this Motion.

Respectfully submitted,

Dated: New York, New York
July 31, 2006

DUANE MORRIS LLP

By:____________/S/_________________________

Richard MacAdams (#1681)
Dennis R. Gannon (#2280)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Attorneys for Defendants
(F.A.F., Inc. and Wal-Mart Stores, Inc.)

and

Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

Barry Golob (#437754)
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

## CERTIFICATION

I hereby certify that on the 1st day of August, 2006 a true copy of within Amended Answer to Complaint was served upon the attorney of record for each party electronically.

// Signed Dennis R. Gannon //