UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CATHEDRAL ART METAL, CO., INC. | : | |
| | : | |
| v. | : | C.A. No. 05-315S |
| | : | |
| F.A.F., INC., et al. | : | |

**ORDER**

Before this Court for determination is Plaintiff's Motion to Amend (Document No. 40) filed on July 5, 2006 to add a Lanham Act claim to this case. Defendants F.A.F., Inc. and Wal-Mart Stores, Inc. filed a joint objection to the Motion arguing prejudice and futility. (Document No. 45).

On or before August 18, 2006, Plaintiff shall file a reply memorandum not exceeding five (5) pages which addresses Defendants' futility argument. Neither party has requested oral argument on this Motion (see LR Cv 7(e)), and this Court has determined that none is necessary. Thus, this Court will decide the Motion to Amend on the papers after August 18, 2006.

SO ORDERED.

LINCOLN D. ALMOND
United States Magistrate Judge
August 2, 2006