**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff<br><br>v.<br><br>F.A.F., INC.,<br>ELITE DESIGNS, INC.,<br>AND WAL-MART STORES, INC.<br>Defendants | : | CA No. 05-315S |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR ALL PARTIES TO PROVIDE EXPERT REPORTS**

Plaintiff, Cathedral Art Metal Co., Inc., pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, moves for a thirty (30) day enlargement of time in which the parties must disclose expert witnesses and provide preliminary expert reports. Under the court's Order of September 8, 2006, plaintiff is required to disclose its experts on or before September 29, 2006, and defendants are required to disclose their experts thirty days thereafter.[1] Plaintiff seeks an additional thirty (30) days.

As grounds for this Motion, Cathedral Art states that it reached agreement on September 28, 2006 with defendant Elite Designs, Inc. concerning temporary possession for non-destructive testing of an identified sample piece of jewelry that Elite Designs first produced to Cathedral Art in July, 2006. That sample is the piece Elite Designs apparently claims it utilized to produce one of two designs at issue in this litigation, the "Footprints Cross." Cathedral Art was able only to photograph the sample piece when the piece was first

[1] The Order reset all pretrial deadlines, on defendants' earlier request, by a period of ninety days, bringing the parties' earlier-imposed expert disclosure dates to September 29 and October 29, 2006 respectively.

produced at the offices of Elite's counsel on July 21, 2006. The sample piece, shown below, appears virtually identical to the actual Cathedral Art production piece, also depicted below:







Elite's "Sample Piece" Cathedral Art Piece





Visual examination of the two pieces indicates identical features on the Elite Designs sample piece and the Cathedral Art production piece, even insofar as flaws and the indentations, raised areas, and other incidental and non-incidental features on the reverse sides of the

pieces.

Cathedral Art intends to present the expert testimony of Mr. Steven Visser, an associate professor at Purdue University and a design expert who has compared the photographic images supplied by counsel.[2] Mr. Visser intends to conduct a more detailed documentation and comparison of the sample piece utilizing computer-aided photography and analysis methods, which requires temporary possession of the sample piece. Counsel for Elite had previously declined to produce the physical specimen of the sample piece at depositions of other witnesses and at first declined to provide it to Mr. Visser without concessions that Cathedral found unacceptable. Counsel has now agreed on conditions under which the sample piece may be shipped to Mr. Visser directly for purposes of his non-destructive analysis and subsequent return to counsel.

Plaintiff expects that Mr. Visser's anticipated documentation and analysis will prove helpful to determining the origin of the design of the sample piece. Further, though itemized in discovery requests propounded at the inception of the litigation, the sample piece was not produced by Elite Designs until July 2006, and plaintiff has, until now, been unable to secure possession of the piece or the deposition of Elite's principal.[3] Cathedral Art has acted diligently in identifying and securing the type of expert assistance it requires, and requests a reasonable additional period of time in which to complete its work concerning the expert testimony it intends to proffer. The brief extension concerning expert designations, permitted to all parties, will not prejudice the defendants or the litigation process itself.

---

[2] Mr. Visser's *curriculum vitae* is attached hereto. Purdue University, and Mr. Visser, are located in West Lafayette, Indiana.

[3] October dates have recently been proposed.

WHEREFORE, plaintiff Cathedral Art Metal Co., Inc. requests that the Court grant its Motion for Extension of Time.

Dated: September 29, 2006

CATHEDRAL ART METAL CO., INC.

By Its Attorneys,

/s/ Thomas R. Noel

Thomas R. Noel, Esq. (#4239)
John R. Harrington (#7173)
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 (Facsimile)

## CERTIFICATE OF SERVICE

I do hereby certify that on the 29th of September, 2006, I served a true copy of this document to the following counsel of record by electronic means:

Richard W. MacAdams, Esq.
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903

Jeffrey K. Techentin, Esq.
Jaime J. LaPorte, Esq.
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443

and via First Class Mail to:

Gregory P. Gulia, Esq.
Vanessa C. Hew, Esq.
Duane Morris LLP
380 Lexington Avenue
New York, NY 10168

Barry Golob, Esq.
Duane Morris LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

/s/ Thomas R. Noel