# Steve Visser

1704 Klondike Rd.
West Lafayette, IN 47906
USA

svisser@purdue.edu
765-494-2295 Purdue Office
765-497-1953 home office
765-496-2076 FAX

## Education

1988 **University of Illinois at Champaign-Urbana**
MFA in Industrial Design

1982 **Northwestern College**
BA in Fine Arts, Sculpture

## Experience

1996-Present **Associate Professor**
Purdue University

1990-96 **Assistant Professor**
Purdue University

1989-90 **Visiting Assistant Professor**
Purdue University

1988-89 **Industrial Designer**
Hari and Associates
Skokie, IL

1986-88 **Teaching Assistant**
University of Illinois at Champaign-Urbana

## Grants and Awards

2002 **Design Patent**
"Support Structure for a Chair"
Patent Number D463,925
Inventor S. Visser

**National Juried Competition**
“Buffalo Mask”
*Honorable Mention* in the Humanscale/WWF Mask Competition

2001 Japan **International Design Competition**
"Egypt Eye Wear"
*Winner* in Opus Design Award
Fukui, Japan
(1639 entries from 30 countries, 138 winners)

### National Design Competition
"Herman the Dino"
*Honorable mention* in the Herman Miller office supply creation competition
Designers: S. Visser, and N. Visser

### Design Patent
"Rotary Assembly Table"
Patent Number D440,786
Inventors: S. Visser et. al.

2000 Finland

### Global Initiative Faculty Grant
Established an exchange program with the University of Lapland, participated in a reciprocal exchange with a Faculty from Finland for 6 weeks
Rovaniemi, Finland

1999 Malaysia

### Curriculum Development Grant
Consulted for the Politeknik Johor Bahru
Assisted with the development and implementation of a new Industrial Design Curriculum, the grant supported one month in the USA and one Month in Malaysia
Pasir Gudang, Malaysia

1997

### Utility Patent
“Resilient Clamp”
Patent Number 5,625,931
Inventors: K. Bennett*, S. Visser*

1996-97

### Fulbright Scholar
The award was given to lecture and conduct research in industrial design at the University of Art and Design Helsinki (UIAH).

1996

### Universal Design Excellence Project
“Compliers®”
“Kudo Crafters Clamp”
Selected for inclusion in a slide set and narrative on universal design. Supported by the National Endowment for the Arts and distributed to practitioners, faculty and students for educational use.

### Utility and Design Patent
“Video Game Controller” for use with an exercise apparatus
Patent Number 5,568,928
Patent Number D375,531
Inventors: B. Munson, S. Visser*

### Utility Patent
“Compliant Pliers”
Patent Number 5,522,290
Inventors: A. Midha*, S. Visser*

## Grants and Awards (Cont.)

1995

### National Design Competition
“Kudo Crafters Clamp”
Industrial Design Team: K. Bennett*, S. Visser*
*Idea95 Silver Winner*, for New Product Concepts
Industrial Designers Excellence Award (766 entries; 33 gold, 56 silver)
Santa Fe, NM

### International Design Competition
“Compliers®”
*Good Design Award*
Chicago Athenaeum: the Museum of Architecture and Design
(Nearly 500 entries, 80 selected for awards)
Chicago, IL

### PRF Summer Faculty Grant
Computer Design of Complex Compliant Mechanisms
$5000

1993 **International Design Competition**
"Compliant Fishing Pliers"
Industrial Design Team: M. Tasic, S. Visser*
Engineer: A. Midha
*Second prize ($20,000)*
Neste Forma Finlandia 3, Helsinki, Finland
(576 entries from 36 countries)

**National Design Competition**
"Compliant Fishing Pliers"
Industrial Design Team: M. Tasic, S. Visser*
*Idea93 Silver Winner*, for New Product Concepts
Industrial Designers Excellence Award (678 entries; 31 gold, 26 silver)
Atlanta, GA

## Exhibitions of Designs (Selected)

2003 **National Juried Exhibition**
*Industrial Designers Society of America National Education Conference*
Pratt Institute
New York, NY
August 11-13

2002 France **Museum of Modern Art,** Saint-Étienné
*Biennale Internationale Design 2002*
(International Invitational)
Saint Étienné, France
November 16-24

**The Chair Show 4**
Selected Design (Traveling Juried National)
(234 entries, 45 selected)
Asheville, NC
September, 30-January 13, 2002

Leigh Yawkey Woodson Art Museum
Wausaw, WI
February 2-April 7 2002

Wellington B. Gray Gallery
East Carolina University
Greenville, NC
June 6-September 21

## Exhibitions of Designs (Selected) (Cont.)

**Decorative Arts Museum**
*Toys Designed by Artists Exhibition (National Juried)*
Arkansas Art Center
Little Rock, AR
November 22, 2001-January 6, 2002

2001 Japan **Gifu World Design Competition: Jan Ken Pon**
Gifu City, Japan
May 9-June 12

2000 France **Museum of Modern Art**
Biennale Internationale Design 2000 Saint-Étienné
Saint Étienné, France
October 7-15

1999 **Cooper Hewitt National Design Museum** (Smithsonian)
*Unlimited by Design,* (Invitational)
New York, NY
November 17, 1998-March 21, 1999

1997 Czech Republic

**Center for Modern Art**
*Mutant Materials in Contemporary Design* (Invitational)
Veletrzní Palác
Prague, Czech Republic
May 15-August 17

Netherlands

**Groninger Museum**
*Mutant Materials in Contemporary Design* (Invitational)
Groninger, The Netherlands
September 13-December 7

1996

**The Brook Stevens Gallery**
*Innovations for Living/Industrial Design Excellence Awards1989-1995*
(Invitational)
Milwaukee Institute of Design
October 18, 1996-August 23, 1997

1995

**Museum of Modern Art (MOMA)**
*Mutant Materials in Contemporary Design* (Invitational)
New York, NY
May 24-August 22

**The Chicago Athenaeum: Museum of Architecture and Design**
Good Design Exhibition (Juried International: 500 entries; 120 selected)
Chicago, IL
October 24-January 13

**Permanent Collection** (Juried International)
Chicago Athenaeum: the Museum of Architecture and Design
Chicago, IL

1994 Japan

**International Design Competition**
Selected for Design Exhibition (Juried International)
Shinanogawa Technopolis International Design
Competition 94 (615 entries from 40 nations; 57 selected)
Nagaoka, Japan
October 21-23

Germany

**Permanent Collection**
Museum Die Neue Sammlung (Invitational)
Industrial Design Collection
Munich, Germany

## Exhibitions of Designs (Selected) (Cont.)

1993

**Neste Forma Finlandia Exhibition** (juried international)

| | |
|---|---|
| Finland | April 19-25, Tapiola, Espoo |
| Sweden | May 10-15, Svenska Måssan in Gothenburg |
| France | June 7-13, Parc de la Villette, Paris |
| Germany | June 21-27, Rhein Ruhr Center, Mulheim-Ruhr |
| Belgium | September 20-26, Zuiderdokken, Antwerp |
| Italy | October 4-10, Milan |
| Portugal | October 20-26, Espinho, near Oporto |
| UK | November 7-11, National Exhibition Center, Birmingham |

1992

**Architectonics Exhibition** (Juried Regional)
Performing Arts Center
Fort Wayne, IN
October 22-November 20

## Publications of Designs

| | | |
|---|---|---|
| 2002 | USA | *American Style Magazine*<br>Winter 2001-2002, p. 16 |
| 2001 | Italy | *Designing Designers:*<br>*Training Strategies for the third Millenium*<br>Milan: Politecnico di Milano, P. 73 |
| | USA | *Chair Show 4*<br>Asheville NC: Southern Highland, p. 44 |
| 1997 | USA | *Access by Design*<br>Covington, G. and Hannah, B.; New York: Van Nostrand Reinhold, p. 201 |
| 1996 | Germany | *Design Report*<br>Hamburg<br>January/February |
| | Finland | *Pulse: Neste Chemicals Magazine*<br>*Compliers in Production*<br>Volume I, p. 3 |
| | USA | *DuPont Application Profile*<br>*Sports and Recreation: Innovative Tool Eases Fish Hook Removal*.<br>March |
| | | *Plastics*<br>*Hooked, Unhooked*<br>May p. 7 |
| 1995 | USA | *Innovation: Journal of the Industrial Designers Society of America*<br>Goodrich K.; Fall |

## Publications of Designs (Cont.)

| | | |
|---|---|---|
| 1995 | USA | Mutant Materials in Contemporary Design<br>Antonelli, P.; New York: Museum of Modern Art, p. 35 |
| | | *Business Week*<br>Design Citation<br>June 5, p. 102 |
| 1994 | Finland | *Design in Finland 1994*<br>Editor Taka-Sihvola, M.; *The Plastic Product of the Future,* Helsinki: The Finnish Foreign Trade Association, p. 60 |
| | Japan | *Interior-Exterior Product Design*<br>"Shinanogawa Technopolis International Design Competition 94", Nagaoka, Japan. p. 59 |
| | USA | *Innovation: Award-Winning Industrial Design*<br>Industrial Designers Society of America; Glen Cove, NY: PBC International Inc. p. 82 |
| 1993 | England | *Design* (London)<br>Editor Williams, G; Awards find new purpose in plastics<br>June, p.8 |
| | Finland | *Form Function Finlandia*<br>Helsinki: 91, Number 2 |

Germany

K Plastic & Kautscherl Leikey
Design-Wettbewerb "*Forma Finlandia 3" mit,*
Rekordbeteiligung, May, p.19

*Form*
Wolf, B.; *Wettbewerbe & Preise,*
143/93, p. 129

Germany

*Design in Kunststoff*
(Design in Plastic)
44: p. 72-74

Italy

*Domus*
Laudani, M.; Forma Finlandia: III Concorso per il design in materie plastiche,
Milano: No. 752, September, p. 80-81

Netherlands

*Kunstof Magazine*
Tomberg, R.; Neste Forma Finlandia 3 toont knappe kunstostof-hoogstnddjes,
Doetinchem: Nummer 5, May, p. 32

USA

*Machine Design*
Plastic Designs Compete,
July 9, p. 12

*Innovation: Journal of the Industrial Designers Society of America*
Goodrich K.; Great Falls, VA: Volume 12, No. 4
Fall, p. 125

*Business Week*
Design Citation
June 7, p. 78

## Industrial Design Projects

2002

"Civil" Interactive Play Table (Exhibit Design)
Imagination Station
West Lafayette, IN

2001

Knock-Down Stool (Concept Development)
Matt Striebel
Bloomington, IN
Industrial Design Team: E. Song, L. Drake, S. Visser*

1999

Self-Watering Flower Pots (Concept Development)
Reliance Inc.
Taipei, Taiwan

Household Products (Concept Development)
Reliance Inc.
Taipei, Taiwan
Industrial Design Team: H. Ma, B. Smith, S. Visser*

1998

Kitchen Faucet (Concept Development)
Delta Faucet
Indianapolis, IN

1996

Portable Bassinet (Product Design)
Redmon Inc.
Peru, IN
Industrial Design Team: D. Julian, S. Visser*, D. Woods

1995

Compliers™ Flexural Fishing Pliers (Product Design)
Compliers™ Inc
West Lafayette, IN
A. Midha*, S. Visser*

**Stenfors Temperature Control System** (Product Design)
Stenfors OY
Oulu, Finland
Industrial Design Team: K. Bennett, S. Visser*, D. Woods

**Computer Interface Device** (Product Graphics)
Inter-serve Inc
Rockfort, IL

1994 **ExerTron™ Video Game Controller** (Product Design)
ExerTron Inc
Muncie, IN
Industrial Design Team: D. Herring, S. Jost, and S. Visser*

**Tele-Talker™** (Product Design)
Amuze Technologies
Indianapolis, IN
Industrial Design Team: B. Smith, S. Visser*

**Kudo Crafters Clamp** (Product Design)
Fiskars Inc
Madison, WI
Industrial Design Team: K. Bennett*, S. Visser*

1993 **Mini Printer** (Concept Development)
Quixale America Inc
NPC Limited
Taipei, Taiwan
Industrial Design Team: S. Visser, C. Wu*

## Industrial Design Projects (Cont.)

1993 **ZARD Printer Sharing System** (Concept Development)
Power Print Systems
Rossville, IN
Industrial Design Team: B. McGreevey, S. Visser*, D. Winn

1992 **Trim Line Vending Machine** (Concept Development)
Standard Changemakers Inc.
Indianapolis, IN

1991 **Tricorder Radio Frequency Meter** (Product Design)
Trilithic Inc
Indianapolis, IN
Industrial Design Team: B. Smith, S. Visser*

**Water Soluble Packaging System** (Concept Development)
Great Lakes Chemical
West Lafayette, IN
Industrial Design Team: R. Johnson, S. Visser*

**ECG Analyzer** (Product Graphics)
Vetronics Inc
Lafayette, IN

1990 **KG Software** (Logo Design)
Micro Data Base Systems Inc.
Lafayette, IN

**Ansco Vision AL 35mm camera** (Product Design)
Haking Inc
Hong Kong
Industrial Design Team: H. Matsuda*, S. Visser

1989 **Whistler 750 radar detector** (Product Design)
Whistler Inc
Westford, MA
Industrial Design Team: H. Matsuda*, S. Visser

**Shure Beta 58 Wireless Microphone** (Design Detailing)
Shure Brothers Inc
Chicago, IL
Industrial Design Team: H. Matsuda*, S. Visser

**Whistler 2se Radar Detector** (Product Graphics)
Whistler Inc
Westford, MA
Industrial Design Team: H. Matsuda*, S. Visser

**Point of Purchase Poster** (Graphic Design)
Ansco Inc
Glen View, IL
Industrial Design Team: H. Matsuda*, S. Visser

**Coulter Blood Analyzer** (Product Design)
Coulter Inc
Miami, FL
Industrial Design Team: R. Coons, H. Matsuda*, S. Visser

**Ansco Vision Gift Pack** (Package Design)
Ansco Inc
Glen View, IL
Industrial Design Team: P. Langmar, H. Matsuda*, S. Visser

## Industrial Design Projects (Cont.)

1988 **Top Flight Video Game Clam Pack** (Package Design)
Konomi Inc
Chicago, IL
Industrial Design Team: H. Matsuda*, S. Visser

## Lectures

2002 England **“British Style”**
Selected to teach course at Oriel College, Oxford University, as part of the Purdue International Summer Program
Oxford, UK
June 30-August 4

2001 Italy **" Entrepreneurship / Corporate Sponsorship: Purdue's Two-Sided Gold Coin"**
Lecture at the "Designing Designers" international symposium on design education. At the International Furniture Fair
Milan, Italy
April 7

2000 Finland **"Design in the USA"**
Lecture to the Industrial Design faculty and students at the University of Lapland
Rovaniemi, Finland
April 18

1999 Malaysia **“Finding Opportunities”**
Lecture as part of a design seminar *Designing in the New Millennium*
Politeknik Johor Bahru
Pasir Gudang, Malaysia
July 24

"Brainstorming Workshop"
*The Creative Culture*
IDSA Midwest District Conference
April 9

1998 "East Meets West: American Design in an International Context."
International Housewares Show, Design Oasis 98
Chicago, IL
January 11

"Compliance: Using the Flexible and Rigid Characteristics of Plastics"
IDSA Education Conference
Long Beach, CA
September 22-24

1997 "Entrepreneurial Design Center: Blurring the Boundaries Between Design Education, Business and Manufacturing."
IDSA Education Conference
Co-authored by T. Gatis*, S. Visser*
Washington D.C.
June 23-25

## Lectures (Cont.)

1997 "East Meets West: The Design Cultures of Asia and America"
University of Art and Design Helsinki
Joint lecture with Professor Lee of Korea
Helsinki, Finland
January 15

"American Design" & "Compliers® Design Process"
University of Lapland
Rovaniemi, Finland
May 6

1996 "Venturing Organizations, a Case Study"
University of Art and Design Helsinki
Helsinki, Finland
September 12

"Venturing In Industrial Design"
American Voices Conference
Turku, Finland
October 10

"An Introduction to Industrial Design"
Tampere Polytechnic
Tampere, Finland
November 5

"The Design Process for Compliers®"
University of Art and Design Helsinki
Helsinki, Finland
December 5

"Machine Age Design in America"
University of Art and Design Helsinki
Helsinki, Finland
December 12

“Compliant Mechanisms: Materials and Processes”
University of Michigan
Lecture and Mini Workshop
Ann Arbor, MI
March 8

1995 “Entrepreneurs: A Natural Resource in Short Supply and Educating Design Students in the Art of Venturing”
IDSA Education Conference
Santa Fe, NM
September 13-16

1994 “Inventionalism: Designers Reject Expressionistic Pleasures of the 80's and Replace Them With an Adoration for Innovation”
IDSA Education Conference
Co-authored by J. Peasley, S. Visser*
Dearborn, MI
August 16-18

1993 “Parallel Design at Purdue: Mechanical Engineering and Industrial Design Team-Up”
IDSA Education Conference
Co-authored by and A. Midha, S. Visser*
Atlanta, GA
August 10

## Lectures (Cont.)

1993 “Plastic Design”
University of Art and Design Helsinki
Helsinki, Finland,
April 22

1991 “Industrial Design Process and Education”
University of Art and Design Helsinki
Helsinki, Finland
December 17

“Industrial Design Process and Education”
University of Lapland
Rovaniemi, Finland
December 18

“Presentation Graphics in Industrial Design”
National Computer Graphic Association Conference
Co-Presenters: L. Babcock*, D. Sigman, S. Visser
Chicago, IL
April 24

1990 “Art Education vs. Design Education”
University of California-San Bernadino
San Bernadino, CA
April 10

## Expert Witness

2003 Fisher Price vs. Safety 1st
Expert Witness for Fisher Price
Testified in a trial concerning seven products and on four patents in dispute.
Wilmington, DE

2002 Fisher Price vs. Safety 1st

Prepared an expert report on five products that Safety 1st produces and patents that Fisher Price owns.

2000

## 3-M vs. Cabot

Served as an expert witness in a lawsuit between Cabot and 3M. Gave a deposition and prepared an Expert Report on patent issues.