**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC.<br>Plaintiff | : | |
| v. | : | |
| F.A.F., INC.,<br>ELITE DESIGNS, INC.,<br>AND WAL-MART STORES, INC.<br>Defendants | : | CA No. 05-315S |

**STIPULATION**

Plaintiff, Cathedral Art Metal Co., Inc. ("Cathedral Art"), by and through its counsel of record, and Defendants F.A.F., Inc. ("FAF") and Wal-Mart Stores. Inc. ("Wal-Mart"), by and through their counsel of record, do hereby stipulate and agree that Cathedral Art shall have until November 8, 2006 to answer or otherwise respond to the counterclaim filed by FAF and Wal-Mart.

COUNSEL FOR PLAINTIFF,
CATHEDRAL ART METAL CO., INC.

/s/ John R. Harrington
Thomas R. Noel, Esq. (#4239)
John R. Harrington (#7173)
trnoel@lawnoel.com
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903
(401) 272-7400
(401) 621-5688 Facsimile

Dated: October 18, 2006

COUNSEL FOR DEFENDANTS
F.A.F., INC. and WAL-MART STORES, INC.

/s/ Richard MacAdams
Richard MacAdams, Esq. (#1681)
Dennis R. Gannon, Esq. (2280)
MacAdams & Wieck Incorporated
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755 Facsimile

Dated: October 18, 2006

and

Barry Golob, Esq. (Admitted *pro hac vice)*
DUANE MORRIS LLP

1667 K Street, NW, Suite 700
Washington, DC 20006

Gregory P. Gulia, Esq. (Admitted *pro hac vic*
Vanessa C. Hew, Esq. (Admitted *pro hac vic*
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York 10168
(212) 692-1000

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 18th of October, 2006, I served a true copy of this document to the following counsel of record by electronic means upon Jeffrey K. Techentin, Esq., Adler Pollock & Sheehan P.C., One Citizens Plaza, 8th Floor, Providence, RI 02903-2443

/s/ John R. Harrington