**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| CATHEDRAL ART METAL CO., INC., | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 05-315S |
| F.A.F., INC., ELITE DESIGNS, INC., and WAL-MART STORES, INC. | : | |
| Defendants. | : | |

**SIIPULATION EXTENDING TIME TO RESPOND TO CROSSCLAIM**

F.A.F., Inc. and Elite Designs, Inc. hereby stipulate, subject to the Court's approval, that Elite Designs, Inc. shall have until December 8, 2006 to answer or otherwise respond to the cross-claim filed by F.A.F., Inc.

ELITE DESIGNS, INC.
By its attorneys,

/s/ Jaime J. LaPorte
JEFFREY K. TECHENTIN (#6651)
JAIME J. LAPORTE (#6663)
jlaporte@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-2443
Tel: (401) 274-7200
Fax: (401) 351-4607/751-0604
Dated: November 7, 2006

F.A.F., INC.
By its attorneys,

/s/ Dennis R. Gannon
Richard W. MacAdams (#1681)
Dennis R. Gannon (#2280)
MacAdams Wieck DeLuca
& Gemma, Inc.
101 Dyer Street, Suite 400
Providence, RI 02903
Tel: (401) 454-8700
Fax: (401) 454-8755
Dated: November 7, 2006
and

Gregory P. Gulia (GG 4215)
Vanessa C. Hew (VH 4617)
DUANE MORRIS LLP
380 Lexington Avenue
New York, NY 10168
(212) 692-1000

Barry Golob (#437754)
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2006, a copy of the within stipulation was sent by electronic means to the following:

Thomas R. Noel, Esq.
Noel & Gyorgy LLP
50 South Main Street
Providence, RI 02903

/s/ Jaime J. LaPorte

*398856_1.doc*