**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

CATHEDRAL ART METAL CO., INC.,

Plaintiff,

- against -

F.A.F., INC., ELITE DESIGNS, INC.
and WAL-MART STORES, INC.,

Defendants.

C.A. No. 05-315 S

STIPULATION OF DISMISSAL

The parties to the above-captioned Litigation hereby agree to the voluntary dismissal of the First Amended Complaint, the Counterclaims and Crosslaim related thereto as against all parties with prejudice and on the merits, with each party to bear its own attorneys' fees and costs.

Cathedral Art Metal Co., Inc.
By its Attorneys,

Thomas R. Noel, Esq. #4239
John R. Harrington, Esq. # 7173
NOEL & GYORGY LLP
50 South Main Street
Providence, RI 02903

Tel: (401) 272-7400
Fax: (401) 621-5688

Dated: December 29, 2006

Elite Designs, Inc.
By its Attorneys,

Jaime J. LaPorte, Esq. # 6663
Jeffrey K. Techentin, Esq. # 6651

Adler Pollock & Sheehan, P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607 / 751-0604

Dated: December 29, 2006

F.A.F., INC.
By its Attorneys,

Richard W. MacAdams, Esq. #1681
Dennis R. Gannon, Esq., #2280
MacADAMS,WIECK, DeLUCA &
GEMMA INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: December 29, 2006

Gregory P. Gulia, Esq. (GG 4215)
Vanessa C. Hew, Attorney (VH 4617)
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York 10168
Tel: (212) 692-1000
Fax: (212) 692-1020

Barry Golob, Esq. (#437754)
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
Tel: (202) 776-5236
Fax: (202) 776-7801

Wal-Mart Stores, Inc.
By its Attorneys,

Richard W. MacAdams, Esq. #1681
Dennis R. Gannon, Esq., #2280
MacADAMS, WIECK, DeLUCA &
GEMMA INCORPORATED
101 Dyer Street, Suite 400
Providence, RI 02903
(401) 454-8700
(401) 454-8755
Dated: December 29, 2006

Gregory P. Gulia,Esq. (GG 4215)
Vanessa C. Hew, Attorney (VH 4617)
DUANE MORRIS LLP
380 Lexington Avenue
New York, New York 10168
Tel: (212) 692-1000
Fax: (212) 692-1020

Barry Golob, Esq. (#437754)
DUANE MORRIS LLP
1667 K Street, NW, Suite 700
Washington, DC 20006
Tel: (202) 776-5236
Fax: (202) 776-7801